UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW HOLT,

               Plaintiff,

v.

GREATWIDE LOGISTIC SERVICES LLC,

               Defendants.

Case No. C20-5470 BHS

ORDER ON PLAINTIFF'S APPLICATION FOR IN FORMA PAUPERIS STATUS

      This matter is before the Court on plaintiff's application for *in forma pauperis* status in this matter (Dkt. 1) and filing of a proposed complaint (Dkt. 1-1), proposed application for court-appointed counsel (Dkt. 1-2), and proposed motion for order directing the clerk's office or US Marshal to serve the summons and complaint (Dkt. 4). Plaintiff is proceeding in this matter *pro se*.

      Plaintiff's application for IFP status is granted. Plaintiff does not appear to have funds to pay the $400.00 filing fee. Plaintiff's proposed complaint shall be served with summons on the named defendants with information properly submitted to the Court.

      Plaintiff's motion for counsel is denied without prejudice. Plaintiff has articulated his claims *pro se* in a fashion understandable to this Court. Plaintiff's allegations regarding unpaid wages and personal injury indicate that this is not a complex case in facts either or law. Plaintiff will be allowed to renew this motion if, at a later time in the proceedings, exceptional circumstances would require appointment of counsel. *Rand v.*

1  *Roland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *overruled on other grounds,* 154 F.3d 952

2  (9th Cir. 1998) ("Exceptional circumstances" permit the court to appoint counsel for

3  indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1)).

4       Plaintiff's request that the Court direct service of the summons and complaint

5  (Dkt. 4) shall be granted to the extent that plaintiff has provided sufficient information to

6  effect service. Plaintiff must present a summons to the Clerk containing all information

7  required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has submitted

8  complete summons for one out of three defendants (Greatwide Logistic Services, LLC).

9  Plaintiff is directed to file with the court a completed summons form for the remaining

10  named defendants, in a document labeled "Praecipe for a Summons," within the later of

11  **30 days of receipt of this order**, or **September 11, 2020**.

12

13       Dated this 7th day of August, 2020.

14

15

16                                                        Theresa L. Fricke

17                                                      United States Magistrate Judge

18

19

20

21

22

23

24

25