*Pro Se 1 2016*

FILED _____ LODGED
_____ RECEIVED

MAY 18 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Matthew Holt
910 Tacoma ave South
Tacoma, WA 98402 ,

Plaintiff(s),

v.

GReatwide logistics services, LLC,
Jeff goodell,
Robert price ,

Defendant(s).

CASE NO. 3:20-cv-05470-BHS
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☒ Yes ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                Matthew Holt
Street Address      910 Tacoma ave South
City and County     Tacoma and Pierce county
State and Zip Code   WAShington, 98402
Telephone Number    425-444-4175

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

1

B.    Defendant(s)

2

*Provide the information below for each defendant named in the complaint, whether the*
*defendant is an individual, a government agency, an organization, or a corporation. For an*
3    *individual defendant, include the person's job or title (if known). Attach additional pages if*
*needed.*

4

Defendant No. 1

5

Name                GReatWide logistics services, LLC

6    Job or Title *(if known)*    Company Corporation

7    Street Address        9704 47th Ave SW

City and County        LAkewood and Pierce County

8    State and Zip Code    Washington  98499

9    Telephone Number    866- 823-6392

10

Defendant No. 2

11

Name                Robert price

12    Job or Title *(if known)*    on sight floor Manager

13    Street Address        9704 47th Ave SW

City and County        Lakewood and Pierce County

14    State and Zip Code    Washington, 98499

15    Telephone Number    866-823-6392

16

Defendant No. 3

17

Name                Jeff Goodell

18    Job or Title *(if known)*    Facility Supervisor

19    Street Address        9204 42th Ave SW

City and County        Lakewood and Pierce County

20    State and Zip Code    Washington, 98499

21    Telephone Number    866-823-6392

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name                      _____

    Job or Title *(if known)*     _____

    Street Address            _____

    City and County         _____

    State and Zip Code      _____

    Telephone Number       _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Wrongefull Termination, injury, not paying me wages
for the hours I worked that I was not paid for

_____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1   B.      If the Basis for Jurisdiction Is Diversity of Citizenship

2              1.      The Plaintiff(s)

3                  a.   If the plaintiff is an individual.

4      The plaintiff *(name)* MAtthew Holt _____, is a citizen of the

5   State of *(name)* Washington _____.

6                  b.   If the plaintiff is a corporation.

7      The plaintiff, *(name)* _____, is incorporated under

8   the laws of the State of *(name)* _____, is incorporated under

9   the laws of the State of *(name)* _____, and has its principal

10  place of business in the State of *(name)* _____.

11      *(If more than one plaintiff is named in the complaint, attach an additional page providing*
    *the same information for each additional plaintiff.)*
12

13             2.      The Defendant(s)

14                 a.   If the defendant is an individual.

15     The defendant, *(name)* Jeff goodell _____, is a citizen of the

16  State of *(name)* Washington _____. Or is a citizen of

17  *(foreign nation)* _____.

18                 b.   If the defendant is a corporation.

19     The defendant, *(name)* GReatwide _____, is incorporated under

20  the laws of the State of *(name)* _____, and has its principal

21  place of business in the State of *(name)* _____.

22      Or is incorporated under the laws of *(foreign nation)* _____,

23  and has its principal place of business in *(name)* _____.

24      *(If more than one defendant is named in the complaint, attach an additional page*
    *providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

I will forever been Hinderd and disabled in my my right

knee I cant do manuel labor to walk is pain. My last

check for the hours I was never paid for working

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

I was Hit by A Fork lift While caring a pile of wood

and Fired on the Spot and never given money payment for my

Hours worked and told I never worked there when I came to

collect my last check

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

762,000 dollers for the damage to my right

limb Affecting life long my working capability's

and walking As well my check compensation for the

Hours I worked.

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
identified, will likely have evidentiary support after a reasonable opportunity for further
investigation or discovery; and (4) the complaint otherwise complies with the requirements of
Rule 11.

 I agree to provide the Clerk's Office with any changes to my address where case-related
papers may be served. I understand that my failure to keep a current address on file with the
Clerk's Office may result in the dismissal of my case.

Date of signing:        5/8/2020

Signature of Plaintiff   *Matthew Holt*

Printed Name of Plaintiff  MAtthew Holt


Date of signing:        5/8/2020

Signature of Plaintiff   *Matthew Holt*

Printed Name of Plaintiff  MAtthew Holt


Date of signing:        5/8/2020

Signature of Plaintiff   *Matthew Holt*

Printed Name of Plaintiff  MAtthew Holt


COMPLAINT FOR A CIVIL CASE - 6

Dear District court presiding

FILED
IN PIERCE COUNTY DISTRICT COURT
DEC - 2 2019
TACOMA, WASHINGTON

I Matthew Holt Sent via Mail
a munilla Envelop a law suite
in Regaurds to GBeatwicle
lakewood lodgistics Requesting
a Suite be brought Against
the Company in the sum of
463,000 dollirs in the late
month of Augest and I have
Recieved no Case # nor
Reciept or Acknowledgment
of delievery, nor have
I Recieveol A Return of
Sender As if I Wrote the
Wrongu Address

I Just Request to
know the case number
of my suite and if it
Was recieved.

Matthew Holt

IN The State of Washington
In and For the county of pierce

FOR The Plaintiff,

FILED PC DISTRICT COURT
OCT 3 2019 PM 3:26

Matthew Jeffrey Holt        Matter: complaint
V.S.                              of Failure to pay and
The defendant, GreatWide   InJury lawsuite
Logistics Services, LLC

Comes now the Plaintiff Matthew Holt
Asking this court and Honorable Judge
to Assign a cause number and
acknowledge the plaintiff's complaint
Against the defendant Jeff Gordon, GReatwide LLC
in this suite the plaintiff's probable
cause and merits for the complaint and
suite goes as fallows. The plaintiff Was a
formal Employee of the defendants. the
defendant Was met by the plaintiff's
private investigator Karen Hucks to
Retrieve the plaintiff's last check.
the defendant told the private investigator
the plaintiff never worked at the place of
employment and no check would be givin
the plaintiff claimes he Was formerly
a Employee of the defendant and
Was fired When he Aquired a inJury
my employer told me he had to let me go
because I had become a liability to
the company —

MAtthew Holt/ 910 Tacoma ave. south Tacoma WA
98402 / 425-444-4175

But When my Work Release Residencial
incastdy housing facility Job coordinator
questioned the termination the defendant
Said it Was dor to my multiple Absense
of work and told Another Residencial
work Release Supervisor that the termination
Was because of lack of gaining proper
identification. The plaintiff claimes he Was
hit by a FORKLIFt while carying a pile
of Wood As is the Job description of a
spider Jumber the Hit by the Forklift
Caused enrreverAable Sever Jigament
damage With Acute pain and injury
Affecting the plaintiffs capability
of obtaining futer Mancel Zabor
employement and causing a Zife Zong
injurry and now disability to the
plaintiff the defendants place of
employment keeps a White three Ring
Binder jorated in the onsight supervisors
office, a hour Jog for hours not logged
in through the Time cards for employees
Working over time or employees who
have yet to abtain there time cards
the plaintiff claimes to have Worked
a full day and Was credited 4 to 6
four to six hours during the course

of the companys training (A-video)
the plaintiff also has attached
multiple picture he took while on the
Job in the place of employment work
site, Furthermore the hour log
Will show, The supervisor
signes personally all overtime or
hours loged in the hour log
next to the plaintiffs name you
Will see the employers supervisor
Robert prices signature next to
the hours logged verifying the hours
earned

to declare under the penalty of
perJury all of the Above
to be true and correct
this october 1st of 2019

X Matthew Holt

the plaintiff seeks four
hundreead and sixty thousand
dollers at relief for the
fact the injury has caused sever
limb damage, legal fees as Well
as my last check is included in
the relief. Medich records as
Well as physical Evidence Will
prove beyond resonable doubt
the plaintiffs employment and
injurys as Well as Witness
testimoney a settlement is negotiable
       With the dependant
to avoid costly Litigation and
harm of the company's
reputation

declared under the penalty of
perjury to be true and
       Correct this october 1st of 2019

    Matthew Holt

## Plaintiff's Information

**Name** MAtthew Jeffrey Hott

**Prisoner No.** 2017257031

**Place of Confinement** Pierce county Jail 910

| **Street** | **City** | **State** | **Zip Code** |
|---|---|---|---|
| Tacoma ave. South | Tacoma | WA | 98402 |

**Are there additional plaintiffs?** ☐ Yes ☑ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>*

## Defendant's Information

**Name** Jeff Gonzoll / JeFFlande

**Position** Supervisor / Manager

| **Street/P.O. Box** | **City** | **State** | **Zip Code** |
|---|---|---|---|
| 9704 47th Ave SW | Lakewood | WA | 98499 |

**Are you suing this defendant in his/her:** ☐ Personal Capacity ☑ Official Capacity ☑ Both Capacities

**Are you suing more than one defendant?** ☑ Yes ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.</u>*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

I Worked for GReatWide Lakewood Logistics As a spider Lumber for 7 days Memorial day 2017 Walt time and a ½ half I Was fired the 8th Work day because my shift manager Robert Price said I was a liability My brother who currently is a employee took a picture of the hour Log My Hours are clearly still Loged and signed by the Supervisor Robert price I Was called a liability because I Was hit by a FoRKLiFt All I Really Wanted Was my check but now they claime I never even Worked there So now I'm sueing for my injury and my check.

### III. RELIEF

State briefly and exactly what you want the Court to do for you.

I Seek Relief for my physical pain; Mental anguesh; fright and Shock; I believe I am entitled to punitive damage, not only for the wrong done to me but to deter futem wrong doing

this Jaw suite is fair and in the sum of 400,000 $.

four hundred and sixty thousand dollars $.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on _October 1 209_ (date).   10/1/19

_Matthew Jeffrey Holt_
Signature of Plaintiff

# ARGUMENT

## THE COURT SHOULD APPOINT COUNSEL FOR THE PLAINTIFF.

In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." *Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (citation omitted). In addition, courts have suggested that the most important factor is whether the case appears to have merit. *Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632 (2d Cir. 2001). Each of these factors weighs in favor of appointment of counsel in this case.

1. *Factual Complexity.* ~~The plaintiff alleges that several correctional officers physically abused him, while others stood by and watched. He also asserts that certain prison supervisors were on notice of the violent propensities of some of those officers and did nothing about them. He challenges the denial of medical care after the incident by two other defendants. Finally, he claims denial of due process by a disciplinary hearing officer and a warden.~~ The sheer number of claims and defendants makes this a factually complex case.

In addition, one of the plaintiff's claims involves the denial of medical care; it will probably be necessary to present a medical expert witness or to cross-examine medical witnesses called by the defendants, or both. The presence of medical or other issues requiring expert testimony supports the appointment of counsel. *Montgomery v. Pinchak*, 294 F.3d 492, 503–04 (3d Cir. 2002); *Moore v. Mabus*, 976 F.2d 268, 272 (5th Cir. 1992); *Jackson v. County of McLean*, 953 F.2d 1070, 1073 (7th Cir. 1992).

2. *The plaintiff's ability to investigate.* The plaintiff is locked up in punitive segregation and has no ability to investigate the facts. For example, ~~he is unable to identify, locate, and interview the inmates who were housed in nearby cells and who saw some or all of the misuse of force. He is in the same situation with regard to developing the facts as an inmate who has been~~ transferred to a different institution, a factor that several courts have cited in appointing counsel. *Tucker v. Randall*, 948 F.2d 388, 391–92 (7th Cir. 1991); *Gaston v. Coughlin*, 679 F.Supp. 270, 273 (W.D.N.Y. 1988). In addition, this case will require considerable discovery concerning the identity of witnesses, the officers' reports and statements about the incident, ~~any prior history of misuse of force by the officers, and the plaintiff's medical history.~~ *See Parham v. Johnson*, 126 F.3d 454, 459 (3d Cir. 1997) (holding counsel should have been appointed because "prisoner's lack of legal experience and the complex discovery rules clearly put him at a disadvantage in countering the defendant's discovery tactics . . . these [discovery] rules prevented [the Plaintiff] from presenting an effective case below").

3. *Conflicting testimony.* ~~The plaintiff's account of his beating by officers is squarely in conflict with the statements of the officers.~~ This aspect of the case will be a credibility contest between the defendants and the plaintiff (and such inmate witnesses as can be located). The existence of these credibility issues supports the appointment of counsel. *Steele v. Shah*, 87 F.3d 1266, 1271 (11th Cir. 1996); *Gaston v. Coughlin*, 679 F.Supp. at 273.

4. *The ability of the indigent to present his claim.* The plaintiff is an indigent prisoner with no legal training, a factor that supports the appointment of counsel. *Forbes v. Edgar*, 112 F.3d 262, 264 (7th Cir. 1997). In addition, he is confined to segregation with very limited access to legal materials. *Rayes v. Johnson*, 969 F.2d 700, 703–04 (8th Cir. 1992) (citing lack for ready access to a law library as a factor supporting appointment of counsel).

5. *Legal complexity.* The large number of defendants, ~~some of whom are supervisory officials,~~ presents complex legal issues of determining which defendants were sufficiently personally involved in the constitutional violations to be held liable. *Hendricks v. Coughlin*, 114 F.3d 390, 394 (2d Cir. 1997) (holding complexity of supervisory liability supported appointment of counsel). In addition, the plaintiff has asked for a jury trial, which requires much greater legal skill than the plaintiff has or can develop. *Solis v. County of Los Angeles*, 514 F.3d 946, 958 (9th Cir. 2008) (prisoner with eighth grade education and no legal training is "ill-suited" to conduct a jury trial).

[SUMMONS]

TO: GREATwide, Jeff goodell Jeff goodell, Robert price

You are hereby summoned and required to serve upon plaintiff Matthew Jeffrey Holt. WHo's address is pierce county Jail

910 Tacoma ave. south

Tacoma, WA 98402 .

An answer to the complaint that is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF you FAil to do so, Judgement by default May be taken Against you for the Relief demanded in the complaint.

TO: GREATwide

9

(SUMMONS)

To: Jeff goodell, GREATWIDE, Robert price
you are hereby summoned and required
to serve upon plaintiff MAtthew Jeffrey Holt
who's address is 910 TACOMA ave south
Tacoma, WA 98402   An Answer to
the complaint that is herewith Served
upon you, exclusive of the day of Service.
Within 20 days after service, IF you
Fail to do so, Judgement by default
MAybe taken Against you for the
Relief demanded in the complaint.

To: Jeff goodell

(SUMMONS)

To: Robert price, GREATWIDE, Jeff goodell

you are Hereby summoned and required to

serve upon plaintiff Matthew Jeffrey Holt.

Who's address is 910 TACOMA Ave South

Tacoma, WA 98402 An Answer to the

complaint that is herewith served upon

you within 20 days after service of

this summons upon you, exclusive of the day

of service. IF you FAil to do so, Judgement

by default may be taken Against you for the

Relief demanded in the complaint.


To: Robert price

Any logs, lists, or other documentation
Reflecting Matthew Jeffrey Holt.
Matthew Holt January-22-2020
910 Tacoma ave south, TAC, WA 98402

[Interrogatories Combined with
Request For Production OF Documents.]
Pursuant to Rules 33 and 34, Fed.R.Civ.P.,
the plaintiff submits the following interrogatories
and Request for documents to the defendants.
You are directed to answer each of the interrogatories
in writing under oath, and provide the plaintiff
with copies of each Requested document or make
them available to the plaintiff for inspection
and copying.

1. State the ~~duties~~ duties of defendant
JeFF Goodell IF those duties are set forth
in any Job description or other document produce the
document(s). (August 2017 to November 2017)

2. State the names titles and ~~what~~ duties of all
staff members at GREATwide Logistics logistics
if those duties are set Forth in any other Job
discription or other documents, produce the
document (s). (August 2017 to November 2017)

1-22-2020 Matthew Holt  910 Tacoma ave south
Tacoma, WA 98402

12

: Plaintiff's First Request For Production
OF Documents. ; Pursuant to Rule 34, FED. R.
CiV. P., the Plaintiff Requests the defendant
produce the Documents listed within 30
days either by providing the plaintiff
with copies or by making them available
to the plaintiff For inspection and copying.

1. A list oF First And last names
OF All employees From August 2017
to November 2017 A.m. shift

2. A photocopy of All time hours
Logged in white = Ring binder
thats maintains Overtime or manual
hour inputs the photo should Also
Caption the Approving supervisors
signature thats Required sign
the Approval and verification of
Hours worked From August 2017 to
November 2017

3) all and Am video survalience
From August 2017 to November 2017

PLAINTIFF's Request For Admissions

; Pursuant to Rule 36, Fed.R.Civ.P., Plaintiff request the defendants to make the following admissions within 30 days after the service of this Request

1. The plaintiff did work as a spider lumber For greatwide Lakewood Lodgistics.

2. The ~~plaintiff's~~ Plaintiff's name is logged For multiple days in the manuel Hours input Log.

3. The hours were signed verified by Robert price.

4. The Plaintiff's on sight work supervisor was Robert price.

5. The plaintiff did participate in the training video.

6. The plaintiff and Defendant Jeff Goodell Did dispute About the plaintiff's FDC identification were the defendant divulged to the plaintiff He knew it wasn't the I.D. because His Brother was at FDC (side note; it was a official FDC ID)

7. The plaintiff is owed time and a 1/2 For ▬▬▬▬

8 The plaintiff is owed Compensation For the hours and days He worked FOR GREATwide LAkewood Lodgistics.

1-22-2020
MAtthew Hott    910 Tacoma ave South
              Tacoma, WA 98402

14

FORMa    pauperis (IFp)

Affidavis: to hurby state
the nature of my Action
to be, A Law suit    against
the defendant GREATwide Logistics Services. LLC
All of my Asset are, Zero.
to herby state b am unable to pay
the required fees on give security.
And b believe b am intitled
relief.
b hurby Ask the court to order
requiring the United States marshals
serive the summons and complaint.
As Well b am motioning this court
to Appoint Counsel do to my
Background special Education (Iep)
sever mental health, multiple disorder
currently b am not filing this documents
A Jail house Lawyer who is corrently
pendeing transfer is hulping me
en order to resolve this issue at
fast as possible and afford the plaintiff
A fair do-process counsel well nud
to be Appointed the plaintiff
is incarcerated facing A life
term post-convection at pierce
County Jail

So now moves the plaintiff
to declare indagency And,
Ask this court to grant,
the Assistance of Counsel

by Matthew Jeffrey Holt
Declare under the penalty
of perjury the Above
to be Correct and true
This october 1st 2019

X Matthew Jeffrey Holt

        plaintiff

⑯

Declaration As to Military Service
Matthew Hott states:
1. I am pro se plaintiff in the
above-entitled matter. I make this
declaration pursuant to the requirements
of the Soldiers' and sailors' civil Relief Act,
50 U.S.C. Appendix § 520.
2. The defendant Jeff Gordon Greatwide logistics LLC
has worked at from 2016 through
and past 2019 since this plaintiff was
incarcerated in 2017
3. Based on that Fact, the plaintiff is
convinced that defendant
is not in the military service of the
united states
pursuant to 28 U.S.C. § 1746
I declare under the penalty of
perjury that the foregoing is true
and correct

Matthew Hott

Petition For a Write of Habeas
Corpus AD testificandum:
pursuant to 28 U.S.C. 3, 2241 (c)(5),
the plaintiff Matthew Holt request
that this court issue a Write of
habeas corpus ad testificandum
requiering Warden pJ to bring
the plaintiff before the court
or if your honor so choose
order the Warden for the
plaintiff to bring the plaintiff
before the court for a trial
scheduled on the courts order
on (court discretion)

1 the plaintiff's case depends in large
part on his own testimoney, the Jury
should be Allowed to hear the
plaintiff testify personally and
observe his demeanor.

2. the plaintiff is currently proceeding
pro se in this matter and should
therefore be produced to manage
the presentation of his case, to cross-
examine the defendants who testify
and there Witnesses, and to hear
the defendants' case and present appropriate
rebuttal.

plaintiff requests that the defendants bear the costs of the implementation of the terms of this Writ.

Date  October 1st 2019

Matthew Hott

**Transaction Receipt**

Type: COPY FEE - NON PUBLIC
Tran #: 677965
Media #: 460550
Stamp: 09/04/2019 10:38 AM
Amount: -0.15
Payee/Depositor:
Note: Deduction for last 6 months Core Banking statement per inmate request.

Name: HOLT, MATTHEW JEFFREY
Number: 718329
Facility: MAIN
Group: 3EE
Cell: 3EE 1

```
Account              Amount
Commissary Account   -0.15
   Current Acct Bal:   0.83
```

_____
Signature

20

I M Already Defined And Declared
indagent in And For the county of pierce
Superior court Washington
Currently in 2 other Active cause
Numbers # 17-1-03748-8
and As well in cause # 17-1-03644-9

**Pierce County District Court**

930 Tacoma Avenue South, Rm 239
Tacoma, Washington 98402

Case Number _____

Date: 12/05/19 _____     Plaintiff Matthew Holt _____

Defendant Greatwide Lakewood _____

Please find attached: All Submitted Documents _____

These are being returned for the following reason(s): Your new filing is over
the Jurisdictional amount allowed in District Court
and no filing fee was paid.

Direct any questions to  EIB  at 253-798 6308
                         Clerk

Z72 (0911)

| Date | Transaction Name | Account | Amount | Running Balance | Owed | Transaction ID | Media | Check# | Username | Drawer | Name | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2019 9:04:55 AM | ORDER DEBIT | | -37.83 | -37.83 | 0.00 | 57251 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 69909 |
| 2/12/2019 12:51:38 PM | ADDITIONAL FUNDS | | 50.00 | 12.17 | 0.00 | 57472 | CHECK | 1482938 | GOAROLU | JML_ADMIN | Pierce County Finance Department | |
| 2/15/2019 8:05:50 AM | ORDER DEBIT | | -47.13 | -34.96 | 0.00 | 576545 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 70403 |
| 2/22/2019 11:17:05 AM | ORDER DEBIT | | -46.90 | -81.86 | 0.00 | 580148 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 71366 |
| 3/3/2019 7:30:01 PM | TOUCHPAY KIOSK DEPOSIT | | 16.00 | -65.86 | 0.00 | 584949 | | | | TOUCHPAY AUTO | DAMEN JAY WARREN | TOUCHPAY TRANSACTION NUMBER 49613734 |
| 3/8/2019 9:03:19 AM | ORDER DEBIT | | -33.50 | -99.36 | 0.00 | 587751 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 73328 |
| 3/10/2019 3:33:56 PM | TOUCHPAY WEB DEPOSIT | | 100.00 | 0.64 | 0.00 | 588635 | | | | TOUCHPAY AUTO | Patterson, Nora | TOUCHPAY TRANSACTION NUMBER 50047848 |
| 3/15/2019 9:00:22 AM | ORDER DEBIT | | -48.52 | -47.88 | 0.00 | 591359 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 74245 |
| 3/23/2019 9:23:56 PM | TOUCHPAY KIOSK DEPOSIT | | 9.00 | -38.88 | 0.00 | 593740 | | | | TOUCHPAY AUTO | MAURICE JAY BARNETT | TOUCHPAY TRANSACTION NUMBER 49789142 |
| 3/25/2019 10:37:21 AM | ORDER DEBIT | | -41.11 | -79.99 | 0.00 | 595224 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 75158 |
| 3/28/2019 8:32:12 AM | POSTAGE METER REIMBURSEMENT | | -1.45 | -81.44 | 0.00 | 596325 | | | SBRASIVE | COMMISSARY | | Law Office Olmstead & Somers |
| 3/29/2019 10:29:59 AM | ORDER DEBIT | | -7.63 | -89.07 | 0.00 | 598944 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 76035 |
| 3/29/2019 9:07:28 AM | ORDER DEBIT | | -12.32 | -101.39 | 0.00 | 601352 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 76397 |
| 4/2/2019 11:45:57 AM | RETURN CREDIT | | 1.91 | -99.48 | 0.00 | 608057 | | | | COMMISSARY INTERFACE | | RETURN FOR ORDER # 65625 |
| 4/2/2019 2:07:36 PM | ORDER DEBIT | | -1.84 | -101.32 | 0.00 | 612643 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 79012 |
| 4/8/2019 1:11:46 PM | TOUCHPAY WEB DEPOSIT | | 15.00 | -86.32 | 0.00 | 624510 | | | | TOUCHPAY AUTO | Rojas, Jennifer | TOUCHPAY TRANSACTION NUMBER 53064060 |
| 4/9/2019 6:00:21 PM | ORDER DEBIT | | -14.79 | -101.11 | 0.00 | 626084 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 84909 |
| 4/9/2019 10:06:56 AM | TOUCHPAY KIOSK DEPOSIT | | 35.00 | -66.11 | 0.00 | 644017 | | | | TOUCHPAY AUTO | PATRICK MOODY | TOUCHPAY TRANSACTION NUMBER 53569578 |
| 4/13/2019 12:46:46 PM | ORDER DEBIT | | -35.17 | -101.28 | 0.00 | 644565 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 85892 |
| 4/18/2019 5:06:54 PM | TOUCHPAY KIOSK DEPOSIT | | 16.00 | -85.28 | 0.00 | 660274 | | | | TOUCHPAY AUTO | MAURICE JAY BARNETT | TOUCHPAY TRANSACTION NUMBER 54179404 |
| 4/19/2019 8:38:15 AM | ORDER DEBIT | | -15.13 | -100.41 | 0.00 | 664314 | | | | COMMISSARY INTERFACE | | ORDER NUMBER 81663 |
| 4/19/2019 10:38:23 AM | COPY FEE - NON PUBLIC | | -0.15 | -100.56 | 0.00 | 677955 | | 468559 | EHAUSNE | ADMIN DRAWER | | Deduction for last 6 months Core Banking statement per inmate request |



pleas be Advised by signing
this document in its official
capacity you are Acknowledging
in your official standing Within
and for your Company that you
have herby recieved the plaintiffs
Complaint in it's entirity of ___
pages sulking the sum of 460,000$
dollers through Findings of
the court or AWarded by the
Finding of a Jury comes now
the ▓▓▓ plaintiff a lawsuite
Against you and your company
if you seck a out of court
Resolution contact my private
investigator Dave ZatowRetu at
(425) 444-4175 or E-mail daveerdlinvestigation.com

declared under the penalty of
penjury to be true and correct

Matthew Scott
plaintiff

X
Defendant











Exhibit A-2 /Evidence



Exhibit B-1/Evidence



Exzibit c-1 /Evidence

**Dave LaTourette**                                    EXZibit D 1 / evidence

| | |
|---|---|
| **From:** | Karen Hucks <kdhucks@gmail.com> |
| **Sent:** | Tuesday, September 17, 2019 8:57 AM |
| **To:** | Dave LaTourette |
| **Subject:** | Re: Matthew Holt |

Hey, Dave.

I got out Matthew's file to remind myself of what happened with this whole thing. I don't think any declaration I could write would help him.

I went to Greatwide Logistics on 1/31/18 and talked to Jeff Goodell. He told me Matthew never worked there. He wasn't in "Day Force," the company's Human Resources/payroll system. There was some note of him being in the process, because Goodell could see that Robert Price got information from Matthew. However, the I-9 form (which has to be completed to determine eligibility to work) was never done.

I talked to a woman named Lora Dear at the TRRC. She said she approved Matthew to work, but that some companies have an orientation process that includes training (which people aren't paid for).

There are a few references to Greatwide/Greatw de/Lakewood Logistics in his DOC CHRONOS.

Date & Time Created: 09/07/2017 11:38 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 09/07/2017
DOC No.: 341901
Offender Name: HOLT, Matthew Jeffrey
Author Name: Casperson, Kelly M
Events: Telephone Collateral ( TC )
rec'd follow up from USPO Ana Johnson. c stated p failed to show up
for work at Greatw de logistics on 9/5 and 9/6. p reported for work
this am 09/07 at 6:25 and was terminated. p contacted RCC and was
told to return immediately. after 2 hours of unaccounted for time p
was placed on abscond status. p arrived back at the facility at
approx. 9:45 and was told to wait. p gained access to the facility and
retrieved his belongings and was last seen waiting near the railroad
tracks. p had submitted a transfer request to reside with Kasondra

◄──── How WAS I Terminated if I never
Worked at there, And why would I report
to work at 6:25AM AT A place I
Didn't WORK?

On Sep 16, 2019, at 9:29 AM, Dave LaTourette <dave@dlinvestigations.com> wrote:

Hi Karen,

I hope life is treating you well, and you and your family are good!

1

Mr. Holt told me to ask if you'd write a declaration concerning your efforts to secure proof of his employment at the pallet plant (or whatever it was). Is that something you're willing to do?

Thank you,

Dave LaTourette
DL Investigations
Cell 425-444-4175
Office 425-888-4444
dave@dlinvestigations.com

CONFIDENTIALITY NOTICE: The information in this transmission may be privileged and is intended only for the use of the individual(s) or entity(ies) to whom it is directed. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, or distribution is strictly prohibited. If you have received this transmission in error, please notify the sender via a return email.

Exzibit D-2 / Evidence

29



Lakewood Family YMCA

McL

See photos

See outside

# Greatwide Logistics Services, LLC

| Website | Directions | Save |
| --- | --- | --- |

3.4 ★★★★ ☆  36 Google reviews

Logistics in Lakewood, Washington

**Address:** 9704 47th Ave SW, Lakewood, WA 98499

**Hours:** Open now · Add full hours

**Phone:** (866) 823-6392

# Pierce County

**Office of the County Clerk**

930 Tacoma Avenue South, Room 110
Tacoma, Washington 98402-2177
(253) 798-7455 • FAX (253) 798-3428

**KEVIN STOCK**
Clerk of the Superior Court and
Director of Arbitration

### WE ARE RETURNING THE ATTACHED DOCUMENT(S) FOR THE FOLLOWING DEFICIENCY:

[ ]    Effective September 1, 2017, specified Ex Parte Order shall be submitted electronically via the LINX website and are subject to a $40 Ex-Parte fee. See PCLGR 30 for specific rules.

[ ]    Effective April 1, 2001, margin requirements for all pleadings filed with the court are as follows: 3 inches from the top (1st page only) and 1 inch from the sides and bottom. White paper only. No two-sided paper. See GR 14 for specific rules.

[ ]    Effective September 1, 2017, Writs of Garnishment and Writs of Restitution have been removed from the E-filing exemption. Writs of Garnishment and Writs of Restitution shall be submitted through the LINX website. See PCLGR 30 for specific rules.

[ ]    Unlawful Detainer (Eviction). The remaining $112.00 filing fee must be paid prior to entry of ANY order *except* an Order of Default Judgment and/or Order for Writ of Restitution. See RCW 36.18.020(2)(a).

[ ]    Original documents to be filed have not been signed.

[ ]    Original documents to be filed have not been signed by Judge/Commissioner. Proposed orders not accepted.

[ ]    Documents presented for filing must bear an original INK signature. Copies are not accepted for filing.

[ ]    Incorrect cause number / No case number / Incorrect county (     )/ Incorrect court

[ ]    Effective January 1, 2012, pleadings must be electronically filed. See PCLGR 30 for specific rules.

[X]    Other: *A summons is required to start a new case.*

_____ **Deputy Clerk**

Revised 9/1/17

 

*I FiledA LAWSUit And it Got sent back with this As ReJected*